# United States District Court
## for the
### Eastern District of Arkansas
### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 25 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| Name of Offender: Jamie Lynn Marks | Case Number: 4:04CR00049-001 JLH |
| Name of Sentencing Judicial Officer: | Honorable J. Leon Holmes, Chief U.S. District Judge |
| Offense: | Felon in possession of a firearm |
| Date of Sentence: | August 3, 2006 |
| Sentence: | 30 months Bureau of Prisons, 3 years supervised release, DNA testing, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment<br><br>June 26, 2007 modification to include six months home confinement and abstain from use of alcohol |
| Type of Supervision: Supervised release | Date Supervision Commenced: August 8, 2006<br>Expiration Date: August 7, 2009 |
| Asst. U.S. Attorney: John Ray White | Defense Attorney: Jerome Kearney |
| U.S. Probation Officer: Audrene J. Ellis<br>Phone No.: 501-604-5281 | |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The defendant's six months term of home confinement shall be modified to include the use of an electronic monitoring unit at his listed address under the direction of the U.S. Probation Office. Additionally, the defendant shall not consume alcohol during his term of supervised release.

## CAUSE

> Mr. Marks violated the following condition: **The defendant shall be placed on home confinement at his residence located _____, North Little Rock, Arkansas, for a period of six months. Additionally, the defendant shall not consume alcohol during his term of supervised release.** On or about July 19, 2007, Mr. Marks was hospitalized after contracting E. Coli and a staph infection. He subsequently was released from Baptist Hospital located in Little Rock, Arkansas, and was unable to return to his residence located at 57 Moody Road, North Little Rock, Arkansas, because of the contamination.
>
> On August 7, 2007, Mr. Mark's residence was telephoned for the purpose of verifying that he was home. The answering machine picked up.

Prob 12B　Case 4:04-cr-00049-JLH   Document 73   Filed 10/25/07   Page 2 of 4
-2-
Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Jamie Lynn Marks　　　　　　　　Case Number: 4:04CR00049-001 JLH

On September 4, 2007, Mr. Marks left his residence without permission and traveled to his previous residence to feed his dogs and was subsequently arrested. According to Mr. Marks, the car that Mr. Marks was a passenger in broke down and an officer stopped to assist them. The officer conducted a drivers license check on everyone in the car and discovered that there was an active warrant in Grant County for his arrest. Mr. Marks reported that the police officer transported him to the Pulaski County line. He was then released to a Grant County Sheriff's officer, and the officer transported Mr. Marks to Grant County Jail where he was arrested on the outstanding warrant for failure to appear in Grant County District Court to answer to the charge of DWI, reckless driving, and no seat belt. Mr. Marks has a court hearing on October 9, 2007, in Grant County District Court located in Sheridan, Arkansas.

On September 12, 2007, Mr. Mark's residence was telephoned for the purpose of verifying that he was home. The answering machine came on. On September 13, 2007, Mr. Marks was questioned regarding his failure to answer the telephone. Mr. Marks stated that was outside at the time I telephoned his residence. He was verbally reprimanded.

On September 20, 2007, Mr. Marks was asked why he did not ask to leave his residence. He stated that he felt I would not have approved his request granted. Mr. Marks was again verbally reprimanded.

Enclosed is the Probation Form 49, Waiver of Hearing, signed by the defendant. Assistant Federal Public Defender Jerome Kearney was contacted and was in agreement with the above-mentioned modification request.

_____
Audrene J. Ellis
U.S. Probation Officer

Date: October 9, 2007

_____
John Ray White
Assistant U.S. Attorney

Date: 10/12/07

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Jamie Lynn Marks       Case Number: 4:04CR00049-001 JLH

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[X] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved: _____
Supervising U.S. Probation Officer

AJE/kyj

c: Assistant Federal Public Defender, Jerome Kearney 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant's six months term of home confinement shall be modified to include the use of an electronic monitoring unit at his listed address under the direction of the U.S. Probation Office. Additionally, the defendant shall not consume alcohol during his term of supervised release.

Witness: _Audrey Ellis_  Signed: _Jamie Morbar_
U.S. Probation Officer   Probationer or Supervised Releasee

_9/26/07_
DATE